UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:20-cr-00086-ODW-all |
|---|---|
| Plaintiff, | ORDER UNSEALING SEARCH WARRANTS AND UNDERLYING AFFIDAVITS |
| v. | |
| GAGIK AIRAPETIAN, et al., | |
| Defendants. | |

Pursuant to the ex parte application of the government, and for good cause shown, IT IS HEREBY ORDERED THAT:

The following search warrants and underlying affidavits are unsealed:

1. SA 16-174M;
2. SA 16-175M;
3. SA 16-178M;
4. SA 16-183M;
5. SA 16-187M;
6. SA 16-193M;
7. SA 16-194M;
8. SA 16-195M;
9. SA 16-196M;
10. SA 16-197M;
11. SA 16-198M;

      12.    SA 16-199M;

      13.    SA 16-200M;

      14.    SA 16-201M;

      15.    SA 16-202M;

      16.    SA 16-203M;

      17.    SA 16-204M;

      18.    SA 16-217M;

      19.    SA 16-218M;

      20.    SA 16-219M;

      21.    SA 16-220M; and

      22.    SA 16-480M.

DATED: January 27, 2021

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE